**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 05 - 60017 CR - HURLEY   MAGISTRATE JUDGE VITUNAC

CASE NO: _____

18 U.S.C. § 1425(a)
18 U.S.C. § 1015(a)

UNITED STATES OF AMERICA

vs.

ROSMARIE BROWN,

        ,        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 18, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**ROSMARIE BROWN,**

did knowingly and contrary to law attempt to procure the naturalization of any person, in that the defendant made a false statement in an Application for Naturalization (INS Form N-400); in violation of Title 18, United States Code, Section 1425(a).

## COUNT 2

On or about March 29, 2001, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**ROSMARIE BROWN,**

did knowingly and contrary to law attempt to procure the naturalization of any person, in that the defendant made a false statement in an Application for Naturalization (INS Form N-400); in violation of Title 18, United States Code, Section 1425(a).

## COUNT 3

On or about September 18, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

## ROSMARIE BROWN,

did knowingly make a false statement under oath in a case, proceeding and matter relating to the naturalization of aliens, in that the defendant stated in an Application for Naturalization (INS Form N-400) that her name was Rosmarie Brown and she was born on March 1, 1967 in Jamaica, when in truth and in fact, and as the defendant then and there well knew, her name was not Rosmarie Brown and she was not born on March 1, 1967 in Jamaica; in violation of Title 18, United States Code, Section 1015(a).

## COUNT 4

On or about March 29, 2001, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

## ROSMARIE BROWN,

did knowingly make a false statement under oath in a case, proceeding and matter relating to the naturalization of aliens, in that the defendant stated in an Application for Naturalization (INS Form N-400) that her name was Rosmarie Brown and she was born on March 1, 1967 in Jamaica, when

2

in truth and in fact, and as the defendant then and there well knew, her name was not Rosmarie Brown and she was not born on March 1, 1967 in Jamaica; in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
BARBARA LAGOA
ASSISTANT U.S. ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

05 - 60017 CR - HURLEY

UNITED STATES OF AMERICA      CASE NO.

vs.

MAGISTRATE JUDGE

**CERTIFICATE OF TRIAL ATTORNEY* VITUNAC**

ROSMARIE BROWN,

            Defendant.
_____/      **Superseding Case Information:**

**Court Division:** (Select One)

| | |
|---|---|
| New Defendant(s) | Yes _____   No ____ |
| Number of New Defendants | |
| Total number of counts | _____ |

____ Miami      ____ Key West
_X_ FTL      ____ WPB      ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      __No__
    List language and/or dialect      _____

4.  This case will take    __3__    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)   __No__
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   __No__
    If yes:
    Magistrate Case No.      _____
    Related Miscellaneous numbers:      _____
    Defendant(s) in federal custody as of      _____
    Defendant(s) in state custody as of      _____
    Rule 20 from the   _____    District of   _____

    Is this a potential death penalty case? (Yes or No)      __No__

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   __X__ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes   __X__ No
    If yes, was it pending in the Central Region?      _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes   __X__ No

BARBARA LAGOA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0966990

*Penalty Sheet(s) attached      REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ROSMARIE BROWN

**Case No:** 05-60017CR - HURLEY

MAGISTRATE JUDGE
VITUNAC

Counts: 1 & 2

Procurement of citizenship or naturalization unlawfully

Title 18, United States Code, Section 1425(a)

**\* Max.Penalty:** Ten years' imprisonment

Counts: 3 & 4

False statement in naturalization proceeding

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** Five years' imprisonment

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34
March 04

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

ROSMARIE BROWN,

Defendant.

# INDICTMENT

18 U.S.C. § 1425(a)
18 U.S.C. § 1015(a)

A true bill.

FGJ 03-05(MIA)             Foreman

Filed in open court this _____ day,

of _____ A.D. 2005

Clerk

Bail, $ _____

Case 0:05-cr-60017-DTKH   Document 1   Entered on FLSD Docket 01/21/2005   Page 6 of 6

Federal Grand Jury
Indictment Number